Maureen Gaughan
PO Box 6729
Chandler, AZ  85246-6729
(480) 899-2036

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
| --- | --- | --- |
| | ) | |
| SCHAEFFER TRUCKING INC. | ) | CASE NO. 85-02013-PHX-SSC |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |
| Debtor(s). | ) | |

Maureen Gaughan, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
| --- | --- | --- | --- |
| 1031 | 05/30/09 | CALIFORNIA DEPT OF MOTOR VEHICLE<br>PO BOX 12000<br>SACRAMENTO, CA 95852 | $85.45 |
| 1032 | 05/30/09 | MASSACHUSETTS DIV OF EMP SEC<br>LEGAL DEPT<br>GOVERNMENT CENTER<br>BOSTON, MA 02114 | $8.09 |
| 1034 | 05/30/09 | CALIFORNIA EMPLOYMENT DEV DEPT<br>800 CAPITOL MALL<br>PO BOX 228<br>SACRAMENTO, CA 95801 | $637.09 |
| 1037 | 05/30/09 | CALIFORNIA DEPT OF MOTOR VEHICLE<br>PO BOX 12000<br>SACRAMENTO, CA 95852 | $40.16 |
| 1039 | 05/30/09 | STATE OF CONNECTICUT<br>DEPT OF REVENUE SERV<br>92 FARMINGTON AVE<br>HATFORD, CT 06105 | $28.07 |
| 1040 | 05/30/09 | ARIZONA DEPT OF ECON SEC | $207.11 |

|      |          |                                                                                                              |            |
|------|----------|--------------------------------------------------------------------------------------------------------------|------------|
|      |          | PO BOX 6123<br>PHOENIX, AZ 85005                                                                             |            |
| 1043 | 05/30/09 | NEW HAMPSHIRE DEPT OF SAFETY<br>ROAD TOLL ADM<br>HAZEN DR<br>CONCORD, NH 03305                               | $2.23      |
| 1045 | 05/30/09 | MASSACHUSETTS DIV OF EMP SEC<br>LEGAL DEPT<br>GOVERNMENT CENTER<br>BOSTON, MA 02114                          | $3.80      |
| 1059 | 05/30/09 | ARIZONA DEPT OF TRANS<br>MOTOR VEHICLE DIV<br>PO BOX 71<br>PHOENIX, AZ 85001                                 | $1,031.97  |
| 1060 | 05/30/09 | CALIFORNIA EMPLOYMENT DEV<br>DEPT<br>800 CAPITOL MALL<br>PO BOX 228<br>SACRAMENTO, CA 95801                  | $299.49    |
| 1061 | 05/30/09 | KENTUCKY TRANSPORTATION<br>CABINET<br>DEPT OF VEHICLE REGISTRATION<br>DIV OF MOTOR CARRIERS<br>PO BOX 2007<br>FRANKFORT, KY 40602 | $11.37     |
| 1062 | 05/30/09 | IDAHO DEPT OF REV & TAXATION<br>STATE TAX COMMISSION<br>PO BOX 76<br>BOISE, ID 83707                         | $37.78     |
| 1063 | 05/30/09 | HUSPETH COUNTY TX<br>C/O CALAME LINEBARGER ETAL<br>604 MYRTLE AVE<br>EL PASO, TX 79901                       | $0.21      |
| 1065 | 05/30/09 | SASKETCHEWAN AUTO FUND<br>MOTOR VEHICLE DIV ISSUER 6973<br>2260 11TH AVE<br>REGINA SASKETCHEWAN<br>S4P 2N7    | $1.64      |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $2,394.46 to the Clerk of Court to be deposited in the Registry thereof.

<u>July 2, 2010</u>                                     <u>/S/ Maureen Gaughan</u>
   DATE                                            Maureen Gaughan, Trustee